# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:01CR00190-003 SWW

KENDALL RENA JETTON STIGALL

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of statements on the record, the Court found that defendant has been in violation of her conditions of probation. However, defendant's probation will not be revoked at this time, but the matter will be continued for a period of thirty (30) days, and defendant's conditions of probation will be modified.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's probation hereby is continued for a period of THIRTY (30) DAYS to give defendant an opportunity to abide by her conditions of probation.

IT IS FURTHER ORDERED that defendant's probation shall be modified to include the following special conditions:

1. Defendant shall report to the Probation Officer as directed.

2. Defendant shall report for drug testing as directed and shall submit to frequent drug testing.

3. Defendant shall participate in Narcotics Anonymous or Alcoholics Anonymous as directed by the Probation Office and shall submit documentation

        that she is attending.

4. Defendant shall submit verification of her employment within ten (10) days to the Probation Officer. If defendant losses her job, she is to notify the Probation Officer so she can help her find a job.

5. Defendant shall make payments on restitution as previously directed.

Defendant is reminded that all other conditions of her probation previously imposed shall continue and remain in full force and effect.

The hearing on the issue of the government's motion to revoke probation in this matter hereby is continued until **1:00 p.m. on Tuesday, January 31, 2006**, in Room #530, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 21ST day of December, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE