*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO.  4:01CR00190-003 SWW

KENDALL RENA JETTON STIGALL

### ORDER

The above entitled cause came on for hearing on the government's petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas after previously being continued to give defendant an opportunity to abide by the conditions of her probation.  Upon the basis of admissions made by defendant and statements on the record, the Court found that defendant has violated the conditions of her probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant be, and it is hereby, revoked.

IT IS FURTHER ORDERED that defendant is committed to the custody of the Bureau of Prisons to serve a term of FIFTEEN (15) MONTHS.  The Court recommends that defendant be incarcerated as close to Arkansas as possible and that she participate in a non-residential substance abuse treatment program and educational and vocational programs during incarceration.

IT IS FURTHER ORDERED that defendant serve a term of supervised release of THREE (3) YEARS following imprisonment to be on the terms and conditions as set forth on the attachment.  In addition, defendant remains subject to the following conditions previously imposed:

1.  Defendant shall participate under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further defendant shall abstain from the use of alcohol throughout the course of any treatment.

2.  Defendant shall disclose financial information upon request of the U. S. Probation Office, including, but not limited to, loans lines of credit, and tax returns. This also includes records of any business with which defendant is associated. No new lines of credit shall be established without prior approval of the U. S. Probation Office.

IT IS FURTHER ORDERED that the remaining balance of restitution in the amount of $24,861.59 shall be payable during defendant's incarceration and term of supervised release. During incarceration, defendant shall pay 50 per cent per month of all funds that are available to her. During community confinement placement, if any, payments will be reduced to 10 percent of defendant's gross monthly income. Beginning the first month of supervised release, payments will be 10 percent per month of defendant's monthly gross income. The interest requirement shall be waived.

Execution of the sentence of imprisonment is suspended until **Monday, March 27, 2006, no later than 12:00 noon**, at which time defendant shall report to or at the direction of the United States Marshal in Little Rock, Arkansas.

All other terms and conditions previously imposed shall remain in full force and effect pending defendant's report date.

IT IS SO ORDERED, this 1st day of February, 2006.

SUSAN WEBBER WRIGHT
United States District Judge

DEFENDANT: KENDALL RENA JETTON STIGALL
CASE NUMBER: 4:01CR00190-003 SWW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a

### THREE (3) YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.