PROB 12B
EDVAR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 22 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Name of Offender: Kendall Rena Jetton Stigall     Case Number: 4:01CR00190-003 SWW
AKA Kendall Stigall

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                       United States District Judge

Date of Original Sentence:   October 4, 2002

Original Offense:    Count 1, Conspiracy to make possess counterfeit securities
                     Count 22, Possession of counterfeit securities

Original Sentence:   5 years probation on counts 1 and 22, to be served concurrently, 12 months home confinement with electronic monitoring, substance abuse treatment, mandatory drug testing, attend narcotics anonymous or similar program, cooperate with U.S. Attorney's Office and make restitution payments at a rate of ten percent of her monthly gross income, financial disclosure, $25,791.59 restitution (joint and several), and $200 special penalty assessment

                     Conditions modified on December 21, 2005: the defendant shall report to the probation as directed; the defendant shall report for drug testing as directed and shall submit to frequent drug testing; the defendant shall participate in narcotics anonymous or alcoholic anonymous as directed by the probation office and shall submit documentation that she is attending; the defendant shall submit verification of employment within ten days to the probation office; if the defendant loses her job, she shall notify the probation office so she can help her find a job; the defendant shall make payments on restitution as previously directed

                     Probation Revoked on February 1, 2007: 15 months Bureau of Prisons, prison sentence suspended until March 27, 2006, 3 years supervised release, substance abuse treatment, financial disclosure, and $24,861.59 restitution

Type of Supervision:   Supervised release      Date Supervision Commenced: June 13, 2007
                                               Expiration Date: July 12, 2010

Asst. U.S. Attorney: Jana Harris               Defense Attorney: Chris Tarver

U.S. Probation Officer: Audrene J. Ellis
Phone No.: 501-604-5281

Prob 12B  -2-  Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Kendall Rena Jetton Stigall                     4:01CR00190-003 SWW

## PETITIONING THE COURT

To modify the conditions of supervision as follows: The defendant shall participate in mental health treatment under the guidance and supervision of the U.S. Probation Officer.

## CAUSE

On July 18, 2007, Ms. Stigall stated that she was depressed and needed mental health counseling. Later that day, Ms. Stigall was arrested on an outstanding warrant out of Bryant, Arkansas, for failing to appear in Bryant District Court on September 22, 2005, to answer to driving on suspended driver's license.

According to Ms. Stigall, on July 18, 2007, she was informed that her son was being questioned by a North Little Rock Police Officer on McAuthur Street located in North Little Rock, Arkansas. She then went to the vicinity where her son was being questioned to assist him. Ms. Stigall further stated that she gave the North Little Rock police officer her identifiers, and he conducted a records check. The records check revealed that the Bryant Police Department had an active warrant for her arrest for failure to comply, on September 22, 2005. Ms. Stigall stated that she was detained until an officer with the Bryant Police Department arrived at the scene. She was then arrested and transported to Saline County Detention Facility, where she remained until she was released on July 25, 2007. On August 23, 2007, Ms. Stigall appeared in the District Court of Bryant, Bryant, Arkansas, to answer to the charge failure to appear. Ms. Stigall pled guilty to the charge failure to appear. The Honorable Curtis E. Rickard waived all fines and fees except one reinstatement fee.

On August 20, 2007, Ms. Stigall was informed that the North Little Rock Police Department had an active warrant for her arrest for failure to appear in court to answer to driving with no driver's license on January 25, 2005. On that day, Ms. Stigall was arrested by an officer with the North Little Rock Police Department and released on personal recognizance. On September 17, 2007, Ms. Stigall appeared in the District Court of North Little Rock, North Little Rock, Arkansas, to answer to the charge of failure to appear. The Honorable Randall W. Morley dismissed the charge.

Ms. Stigall failed to submit restitution payment in the months of July and August 2007. She has a restitution balance of $11,399.52, joint and several; however, Ms. Stigall has only paid $262.52 toward her restitution.

Ms. Stigall and her attorney, Assistant Federal Public Defender Chris Tarver are in agreement to the above-requested modification.

_Audrene Ellis_                                                _Jana Harris_

Audrene J. Ellis                                               Jana Harris
U.S. Probation Officer                                         Assistant U.S. Attorney

Date: September 19, 2007                                       Date: 9-27-2007

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/22/07

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Alan Schornel_

Supervising U.S. Probation Officer

AJE/kyj

c: Assistant Federal Public Defender, Chris Tarver, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health treatment under the guidance and supervision of the U.S. Probation Office.

Witness: _Audren Ells_
U.S. Probation Officer

Signed: _Kendall Shisell_
Probationer or Supervised Releasee

9-26-07
DATE